

| | |
|---|---|
| **From:** | Penny Clarkston |
| **To:** | Janessa Deleon |
| **Subject:** | FW: 241-0922-19 |
| **Date:** | Thursday, August 5, 2021 9:54:38 PM |

Would you see if you can find this?  Thanks.

**From:** Denise Langston
**Sent:** Thursday, August 5, 2021 2:26 PM
**To:** Penny Clarkston <PClarkston2@smith-county.com>; Gina McClung <GMcClung@smith-county.com>
**Cc:** Meghan Willis <MWillis@smith-county.com>; Melissa Wilgus <MWilgus@smith-county.com>
**Subject:** 241-0922-19

CAN YOU PLEASE LOCATE THIS FILE AND EXPEDITE THE PEN PACKET.  He was sentenced on July 8th and is time served.

JACK SKEEN, JR., Judge
DENISE LANGSTON | Court Administrator | 241st District Court | 903.590.1634



**From:** Terry Morrow
**To:** Penny Clarkston
**Subject:** FW: Byrd, Demarcus Lane SID# 08864266
**Date:** Wednesday, December 8, 2021 2:44:15 PM

**From:** Yvonne Mills <Yvonne.Mills@tdcj.texas.gov>
**Sent:** Wednesday, December 8, 2021 2:44:06 PM (UTC-06:00) Central Time (US & Canada)
**To:** Terry Morrow <TMorrow@smith-county.com>
**Subject:** RE: Byrd, Demarcus Lane SID# 08864266

***** This is an email from an EXTERNAL source. DO NOT click or open links, or open attachments without positive sender verification. NEVER enter USERNAME, PASSWORD or any other sensitive information on linked pages from this email. *****

Do you have a phone number for the person that handles that at the Sheriff's office?

**From:** Terry Morrow <TMorrow@smith-county.com>
**Sent:** Wednesday, December 8, 2021 2:40 PM
**To:** Yvonne Mills <Yvonne.Mills@tdcj.texas.gov>
**Cc:** Daniel R. Custer <DCuster@smith-county.com>; Sandra E. Harris <SHarris@smith-county.com>; Marsha Smith <MSmith@smith-county.com>
**Subject:** RE: Byrd, Demarcus Lane SID# 08864266

**CAUTION:** This email was received from an EXTERNAL source, use caution when clicking links or opening attachments.
If you believe this to be a malicious and/or phishing email, please contact the Information Security Office (ISO).

*Here is a copy of that judgment.*
*The jail picked up that penpack on 11.29.2021.*
*Once it leaves the District Clerk's office it is in the hands of the sheriff's department.*

*Penny Clarkston,*
*Smith County District Clerk*

*By:/s/Terry Morrow*

*Terry Morrow, 114th/Appeals Deputy Clerk*

*100 N. Broadway, Room 204*
*Tyler, Texas 75702*
*903-590-1679*

[tmorrow@smith-county.com](mailto:tmorrow@smith-county.com)

---

**From:** Yvonne Mills [mailto:Yvonne.Mills@tdcj.texas.gov]
**Sent:** Wednesday, December 8, 2021 2:29 PM
**To:** Terry Morrow <TMorrow@smith-county.com>
**Subject:** RE: Byrd, Demarcus Lane SID# 08864266

***** This is an email from an EXTERNAL source. DO NOT click or open links, or open attachments without positive sender verification. NEVER enter USERNAME, PASSWORD or any other sensitive information on linked pages from this email. *****

Do you have any update on this pen packet?

---

**From:** Terry Morrow <TMorrow@smith-county.com>
**Sent:** Wednesday, November 17, 2021 9:55 AM
**To:** Yvonne Mills <Yvonne.Mills@tdcj.texas.gov>
**Subject:** RE: Byrd, Demarcus Lane SID# 08864266

> **CAUTION:** This email was received from an EXTERNAL source, use caution when clicking links or opening attachments.
> If you believe this to be a malicious and/or phishing email, please contact the Information Security Office (ISO).

*It is in the stack ready to be picked up.*

---

**From:** Yvonne Mills [mailto:Yvonne.Mills@tdcj.texas.gov]
**Sent:** Wednesday, November 17, 2021 8:59 AM
**To:** Terry Morrow <TMorrow@smith-county.com>
**Subject:** Byrd, Demarcus Lane SID# 08864266

3

***** This is an email from an EXTERNAL source. DO NOT click or open links, or open attachments without positive sender verification. NEVER enter USERNAME, PASSWORD or any other sensitive information on linked pages from this email. *****

Will you please send me the pen packet for the above offender on cause# 007-0342-21 Ct 1?  Parole is waiting for it.

Thank you,

*Yvonne Mills*

TDCJ Classifications and Records
State Ready
936-437-6445

4

| | |
|---|---|
| **From:** | Daniel R. Custer |
| **To:** | Marsha Smith |
| **Subject:** | FW: Commitment - Pen Packet - Oneal, Staci (SO# 161595) |
| **Date:** | Friday, April 30, 2021 2:20:00 PM |
| **Attachments:** | Outlook-no1clkpx.png |

Sentenced back in March, but her custody status still showing pre-trial. Not sure if/when pen pack was sent.

**From:** William Phariss
**Sent:** Friday, April 30, 2021 2:18 PM
**To:** Daniel R. Custer <DCuster@smith-county.com>
**Subject:** Commitment - Pen Packet - Oneal, Staci (SO# 161595)

Can you verify if a pen packet has been sent to TDCJ?

*William T. Phariss*
*Captain*
*Smith County Sheriff's Office*
*Cell: 903-952-3992*
*Office: 903-590-2809*
*Fax: 903-590-2882*
*Email:* wphariss@smith-county.com



5

| | |
|---|---|
| **From:** | Daniel R. Custer |
| **To:** | Terry Morrow |
| **Subject:** | FW: MARTIN,WAYNE #05828137 |
| **Date:** | Thursday, July 8, 2021 10:11:18 AM |

Any chance there's a pen pack laying around up there for Wayne Martin (114-1245-19). Or maybe know someone that may know?

**From:** Channon Clayton
**Sent:** Thursday, July 8, 2021 9:41 AM
**To:** Daniel R. Custer <DCuster@smith-county.com>
**Subject:** FW: MARTIN,WAYNE #05828137

**From:** Rosa Beltran <Rosa.Beltran@tdcj.texas.gov>
**Sent:** Thursday, July 8, 2021 9:39 AM
**To:** Channon Clayton <CClayton@smith-county.com>
**Subject:** MARTIN,WAYNE #05828137

***** This is an email from an EXTERNAL source. DO NOT click or open links, or open attachments without positive sender verification. NEVER enter USERNAME, PASSWORD or any other sensitive information on linked pages from this email. *****

RE: MARTIN,WAYNE DALE JR #05828137
CAUSE #114-1245-19

Good morning,

requesting assistance obtaining a pen packet for the offender above. Fax was received 07/07/21; however, required documents are needed to process offender's intake. If you have any further questions, please feel free to contact me.

Respectfully,

```
Rosa Beltran
Admin Asst. III
State Ready
Classification & Records
(936)437-6478
```

6

| | |
|---|---|
| **From:** | Daniel R. Custer |
| **To:** | Sandra E. Harris |
| **Subject:** | FW: Willhite, Zabrina |
| **Date:** | Tuesday, November 23, 2021 9:57:33 AM |

**From:** Katie Pegoda [mailto:KATIE.PEGODA@tdcj.texas.gov]
**Sent:** Tuesday, November 23, 2021 9:39 AM
**To:** Marsha Smith <MSmith@smith-county.com>; Blair Edmonds <BEdmonds@smith-county.com>
**Cc:** Daniel R. Custer <DCuster@smith-county.com>
**Subject:** Willhite, Zabrina

***** This is an email from an EXTERNAL source. DO NOT click or open links, or open attachments without positive sender verification. NEVER enter USERNAME, PASSWORD or any other sensitive information on linked pages from this email. *****

Do you have a copy of the pen packet for the above inmate? Her father keeps calling every 15 minutes.

*Katie Pegoda*
Program Supervisor I
Admissions
Classification & Records
Phone: 936-437-6236
Fax: 936-437-8788

| | |
|---|---|
| **From:** | Daniel R. Custer |
| **To:** | Penny Clarkston |
| **Cc:** | Marsha Smith; Marvin Martin; John Shoemaker; Sandra E. Harris |
| **Subject:** | Pen Pack Meeting |
| **Date:** | Wednesday, December 22, 2021 11:37:24 AM |

Good morning, Mrs. Clarkston;

This is Lieutenant Daniel Custer over at the jail. I was formerly the supervisor over commitments, but as a lieutenant, I am still accountable for the commitments division. You have no doubt seen me sneaking around the office stealing pen packs on occasion.

Recently, we've had some trouble communicating effectively with TDCJ. I'm unaware of any recent changes in your office as to what documents are sent directly to TDCJ, but historically, entire pen packs are sent to us, the Sheriff's Office, and are then completed with our two forms and sent to TDCJ Admissions/Huntsville. However, TDCJ is emailing us daily about receiving only partial documents or packets, and they're telling us that the district clerks are sending them. However, we run into issues where either TDCJ or the clerks here are telling us that the pen pack was sent to us. TDCJ has been receiving judgements and other forms directly from the clerks, but asking us for pen packs that we have yet to receive.

**To be clear, I have no issues whatsoever with any of your clerks or your office.** I operate under the assumption that they are acting under guidelines given to them. It would seem TDCJ, though, upon receiving a single item from your office, is expecting us to automatically have the entire pen packet ready to go.

I know the holidays are not the ideal time for such a request, but would it be possible in the near future to schedule a casual "meet-and-greet" between a few of our staff to discuss any changes or new processes so we may better serve the community? (I'm certain your clerks receive hundreds of calls from families just as we do in reference to this.)

I do appreciate your time and consideration. Have a great holiday weekend!

---

**Daniel Custer, Lieutenant**
**Smith County Sheriff's Office**
**104 S. Spring St.**
**Tyler, TX 75702**
**(903) 590-2888**
**"When you do the right thing, people won't be sure you've done anything at all…"**

**From:** John Shoemaker
**To:** Brittney Losack
**Subject:** RE: Email Address
**Date:** Friday, January 28, 2022 4:59:00 PM

Well I think I emailed you prematurely sorry to bother you we got it worked out. Thank you

**From:** Brittney Losack [mailto:Brittney.Losack@tdcj.texas.gov]
**Sent:** Friday, January 28, 2022 4:51 PM
**To:** John Shoemaker <jshoemaker@smith-county.com>
**Subject:** RE: Email Address

***** This is an email from an EXTERNAL source. DO NOT click or open links, or open attachments without positive sender verification. NEVER enter USERNAME, PASSWORD or any other sensitive information on linked pages from this email. *****

He is not in our system – when did his pen packet get submitted?

**From:** John Shoemaker <jshoemaker@smith-county.com>
**Sent:** Friday, January 28, 2022 4:31 PM
**To:** Brittney Losack <Brittney.Losack@tdcj.texas.gov>
**Subject:** RE: Email Address

**CAUTION:** This email was received from an EXTERNAL source, use caution when clicking links or opening attachments.
If you believe this to be a malicious and/or phishing email, please contact the Information Security Office (ISO).

Can I get your help on a possible release? Dustin Walker SID 07884229 was sentenced to 10 months State Jail and should already be time served. Can you look at this and let me know what you find out?

**From:** Brittney Losack [mailto:Brittney.Losack@tdcj.texas.gov]
**Sent:** Friday, January 28, 2022 9:50 AM
**To:** John Shoemaker <jshoemaker@smith-county.com>
**Subject:** RE: Email Address

***** This is an email from an EXTERNAL source. DO NOT click or open links, or open attachments without positive sender verification. NEVER enter USERNAME, PASSWORD or any other sensitive information on linked pages from this email. *****

| | |
|---|---|
| **From:** | Terry Morrow |
| **To:** | Penny Clarkston |
| **Subject:** | FW: Pen Pack Folder |
| **Date:** | Wednesday, February 16, 2022 12:38:26 PM |

**From:** Melissa Wilgus <MWilgus@smith-county.com>
**Sent:** Wednesday, February 16, 2022 12:38:21 PM (UTC-06:00) Central Time (US & Canada)
**To:** James R. Jackson <JJackson2@smith-county.com>; Keith January <KJanuary@smith-county.com>; Marsha Smith <MSmith@smith-county.com>; Marvin Martin <MMartin@smith-county.com>; Daniel R. Custer <DCuster@smith-county.com>; Penny Clarkston <PClarkston2@smith-county.com>; April Fox <AFox@smith-county.com>; Terry Morrow <TMorrow@smith-county.com>; Meghan Willis <MWillis@smith-county.com>; Brandi Williams <BWilliams@smith-county.com>; Racheal Shirley <RShirley@smith-county.com>; Marilu Martinez <MMartinez@smith-county.com>; Christopher Gatewood <CGatewood@smith-county.com>; Lorri Robertson <LRobertson@smith-county.com>
**Subject:** Pen Pack Folder

Good afternoon everyone,

Okay, so by now Ty with IT should have given everyone who needs it access to the new pen pack drive, and I believe we are ready to do a test run. The folders in the drive are set up slightly different from our discussion yesterday, so let me take a moment to explain.

- When your trigger happens, and you have pen pack information complete and ready to go, you will drop it into your office's folder in the pen pack drive.

- Label each PDF with the offender's name and cause number(s), or in the jail's case, the SID number if you do not have a cause number.

- That information will then be moved out of your folders as Lorri assembles the pen packet. She will make an individual folder for each offender, and once the completed pen pack has been submitted to TDC, she will move the person to the Sent Pen Packs folder.

I believe this workflow will be the most beneficial and smooth for everyone, but please feel free to let me know if you think something needs to be adjusted. If possible, we'd love to do a test run this afternoon.

Thank you!

Missy Wilgus
Smith County District Attorney's Office
100 N. Broadway Ave.  - 4th Floor
Tyler, Texas 75702
Telephone: (903) 590-1720
Fax Number: (903) 590-1719

This message and any attachments are solely for the individual(s) named above, and others who have been specifically authorized to receive

| | |
|---|---|
| **From:** | Larry Smith |
| **To:** | Thomas Wilson |
| **Cc:** | Marvin Martin; John Shoemaker; Keith January; Terry Phillips; Marsha Smith; Heather McCarver; Daniel R. Custer |
| **Subject:** | Re: Letter - Lisa Peters SO# 192073 |
| **Date:** | Tuesday, March 22, 2022 6:31:26 PM |
| **Attachments:** | FW Lisa Marie Peters.msg |

Captain Martin,
Check on this and let me know ASAP what we were waiting on since 11/22/2021 for the pen packet to be submitted to TDC.

Thanks,

Larry R. Smith
Sheriff
Smith County Sheriff's Office
227 North Spring Avenue
Tyler, Texas 75702
(903)590-2720


> On Mar 22, 2022, at 11:52 AM, Thomas Wilson <TWilson@smith-county.com> wrote:
>
>
> Please see the attached email we just received from TDCJ regarding this inmate.
>
> Sincerely,
>
> Thomas Wilson
> Assistant District Attorney
> Civil Division
> 100 N. Broadway Avenue, 4th Floor
> Tyler, Texas  75702
> P:  (903) 590-4629
> F:  (903) 590-4647
>
> This message and any attachments are solely for the individual(s) named above and others who have been specifically authorized to receive such and may contain information which is confidential, privileged or exempt from disclosure under applicable law. If you are not the intended recipient, any disclosure, copying, use or distribution of the information included in this message and any attachments is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments.
>
>
> -----Original Message-----
> From: Thomas Wilson
> Sent: Tuesday, March 22, 2022 11:38 AM

To: Marvin Martin <MMartin@smith-county.com>; John Shoemaker <jshoemaker@smith-county.com>; Larry Smith <LSmith@smith-county.com>; Keith January <KJanuary@smith-county.com>
Cc: Terry Phillips <TPhillips@smith-county.com>; Marsha Smith <MSmith@smith-county.com>; Heather McCarver <HMcCarver@smith-county.com>; Daniel R. Custer <DCuster@smith-county.com>
Subject: RE: Letter - Lisa Peters SO# 192073

Thanks. As I understand we are waiting on jail staff to finalize the pen pack so she can be paper ready. We have also communicated with TDCJ, who has stated that all they need is a pen pack from the jail and she will be on the list. The records provide that the Clerk sent the Pen Pack to the Jail on 11/22/2021, and was acknowledged received on 11/29/2021. Hopefully, we can all work together to make sure that we can get inmates paper ready, so that when TDCJ does decide to pick them we will not be rushing to complete paperwork. It may be a good idea to see how many inmates are in the same status as Ms. Peters, i.e. being held out of County awaiting Pen Pack completion. Please feel free to reach out to me if you have any question.

Sincerely,

Thomas Wilson
Assistant District Attorney
Civil Division
100 N. Broadway Avenue, 4th Floor
Tyler, Texas  75702
P:  (903) 590-4629
F:  (903) 590-4647

This message and any attachments are solely for the individual(s) named above and others who have been specifically authorized to receive such and may contain information which is confidential, privileged or exempt from disclosure under applicable law. If you are not the intended recipient, any disclosure, copying, use or distribution of the information included in this message and any attachments is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments.


-----Original Message-----
From: Marvin Martin <MMartin@smith-county.com>
Sent: Tuesday, March 22, 2022 9:07 AM
To: Thomas Wilson <TWilson@smith-county.com>; John Shoemaker <jshoemaker@smith-county.com>
Cc: Terry Phillips <TPhillips@smith-county.com>; Marsha Smith <MSmith@smith-county.com>; Heather McCarver <HMcCarver@smith-county.com>; Daniel R. Custer <DCuster@smith-county.com>
Subject: RE: Letter - Lisa Peters SO# 192073

Unfortunately we don't have control over the available female beds at TDCJ. I

will have someone reach out to TDCJ to see if she can be expedited.

MARVIN MARTIN
JAIL OPERATIONS
CAPTAIN
903-590-2844 (office)

-----Original Message-----
From: Thomas Wilson <TWilson@smith-county.com>
Sent: Tuesday, March 22, 2022 9:03 AM
To: Marvin Martin <MMartin@smith-county.com>; John Shoemaker <jshoemaker@smith-county.com>
Cc: Terry Phillips <TPhillips@smith-county.com>
Subject: Letter - Lisa Peters SO# 192073

Please see the attached letter sent to Commissioner Phillips regarding Lisa Peters. I appears she is waiting to be sent to TDCJ.

Thanks,

Thomas Wilson
Assistant District Attorney
Civil Division
100 N. Broadway Avenue, 4th Floor
Tyler, Texas  75702
P:  (903) 590-4629
F:  (903) 590-4647

This message and any attachments are solely for the individual(s) named above and others who have been specifically authorized to receive such and may contain information which is confidential, privileged or exempt from disclosure under applicable law. If you are not the intended recipient, any disclosure, copying, use or distribution of the information included in this message and any attachments is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments.

-----Original Message-----
From: xerox@smith-county.com <xerox@smith-county.com>
Sent: Tuesday, March 22, 2022 8:51 AM
To: Thomas Wilson <TWilson@smith-county.com>
Subject: Scanned from a Xerox Multifunction Printer


Please open the attached document.  It was scanned and sent to you using a Xerox Multifunction Printer.

Attachment File Type: pdf, Multi-Page

13

Multifunction Printer Location:
Device Name: XRX9C934E94290D

For more information on Xerox products and solutions, please visit http://www.xerox.com