AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| Hughes, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 6:23-cv-00344 |
| Smith County | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ladarion Hughes, Angela Alonzo, Demarcus Lively.

Date: 07/24/2023

*Attorney's signature*

Camilla Hsu, State Bar No. 24130207
*Printed name and bar number*

Texas Fair Defense Project
314 E. Highland Mall Blvd #204
Austin, TX 78752
*Address*

chsu@fairdefense.org
*E-mail address*

(512) 637-5220
*Telephone number*

(512) 637-5224
*FAX number*