Civil Action No. 6-23-cv-00344

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Smith County Office of the County Judge
was received by me on *(date)* 07/26/2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Brittany Blanton, who is designated by law to accept service of process on behalf of *(name of organization)* Office of Smith County Judge on *(date)* 08/02/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 08/03/2023

*Laura Reeves*
Server's signature

Laura Reeves - Certified Process Server
Printed name and title

1358 Hamilton Dr., Lindale, TX 75771
Server's address

Additional information regarding attempted service, etc:
Brittany Blanton - Manager for office of County Judge. Black female, approximately 30 years, 5'5", 250 lbs.

Print   Save As...   Reset