IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LADARION HUGHES, et al.<br><br>Plaintiffs<br><br>v.<br><br>SMITH COUNTY, TEXAS<br><br>Defendant | Case No. 6:23-cv-344-JDK<br><br>Judge Jeremy D. Kernodle |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

    I am admitted to practice in this Court, and I appear in this case as counsel for Plaintiffs Ladarion Hughes, Angela Alonzo, and Demarcus Lively.

DATED this 20th day of September 2023

Respectfully Submitted,

/s/
A. Dami Animashaun
355 S. Grand Ave, Suite 2450
Los Angeles, CA 90071
dami@animashaun.me
929-266-3971

*Counsel for Plaintiffs & Proposed Class*

1