# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| LADARION HUGHES, et al. | Case No. 6:23-cv-344-JDK |
| Plaintiff | Judge Jeremy D. Kernodle |
| v. | |
| SMITH COUNTY, TEXAS | |
| Defendant | |

## NOTICE OF THE PARTIES RE: PROPOSED SCHEDULING ORDER

Pursuant to this Court's order (ECF 10), the parties met telephonically on October 24, 2023, to discuss a discovery schedule, and jointly submit the proposed scheduling order attached as **Exhibit 1**.

The parties' proposed scheduling order does not include a trial schedule because the trial date and corresponding pre-trial events will largely depend on when this Court rules on Plaintiffs' motion for class certification and any dispositive motion that the parties might file. The parties will, however, amend their proposed scheduling order to include a trial schedule if this Court so orders.

| | |
|---|---|
| Date: October 25, 2023 | Respectfully Submitted, |
| /s/ | |
| David Iglesias<br>Lead Counsel<br>State Bar No. 24051733<br>david@iglesiaslawfirm.com | Texas Fair Defense Project<br>Nathan Fennell<br>Camilla Hsu<br>314 E. Highland Mall Blvd #204<br>Austin, TX 78752<br>nfennell@fairdefense.org<br>chsu@fairdefense.org<br>512-637-5220 |
| Jim A. Evans III<br>State Bar No. 24057717<br>State Bar No. 24053191 | |

jim@iglesiaslawfirm.com

Stephanie Ernst
State Bar No. 24057717
stephanie@iglesiaslawfirm.com

**IGLESIAS LAW FIRM, PLLC**
605 Chase Drive, Suite 8
Tyler, Texas 75701
Telephone: (903) 944-7185
Facsimile: (903) 630-5338

*Counsel for Defendant, Smith County, Texas*

_/s/_
Akeeb Dami Animashaun
355 S. Grand Ave, Suite 2450
Los Angeles, CA 90071
dami@animashaun.me
929-266-3971

*Counsel for Plaintiffs & Proposed Class*