## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **LADARION HUGHES, ANGELA ALONZO, and DEMARCUS LIVELY,** | § § § | |
| *Plaintiffs,* | § § | |
| | § | **Civil Action No. 6:23-cv-344** |
| **v.** | § § | |
| **SMITH COUNTY, TEXAS,** | § § | |
| *Defendant.* | § § | |

### JOINT MOTION FOR REFERRAL TO A MAGISTRATE JUDGE AS MEDIATOR

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the Parties in the above-styled and numbered cause and file this their Joint Motion for Referral to a Magistrate Judge as Mediator, and would respectfully show unto this Court as follows:

Pursuant to the Court's Scheduling Order [#12], the Parties have agreed that mediation in this case should be conducted by United States Magistrate Judge K. Nicole Mitchell. The Parties have contacted Judge Mitchell's chambers and have tentatively selected February 7, 2024, as the settlement conference date. Defendant Smith County must, however, confirm that all necessary County representatives are available to attend the settlement conference on this date. The Parties will finalize the settlement conference date by November 30, 2024, and notify this Court if a different day is selected. The Parties therefore respectfully request that this Court appoint United States Magistrate Judge K. Nicole Mitchell to serve as the mediator in this case.

WHEREFORE, premises considered, the Parties respectfully request that this Court appoint United States Magistrate Judge K. Nicole Mitchell to serve as mediator.

Date: November 14, 2023

Respectfully Submitted,

_____/s/_____

David Iglesias
Lead Counsel
State Bar No. 24051733
david@iglesiaslawfirm.com

Jim A. Evans III
State Bar No. 24057717
State Bar No. 24053191
jim@iglesiaslawfirm.com

Stephanie Ernst
State Bar No. 24057717
stephanie@iglesiaslawfirm.com

**IGLESIAS LAW FIRM, PLLC**
605 Chase Drive, Suite 8
Tyler, Texas 75701
Telephone: (903) 944-7185
Facsimile: (903) 630-5338

*Counsel for Defendant, Smith County, Texas*

Texas Fair Defense Project
Nathan Fennell
Camilla Hsu
314 E. Highland Mall Blvd #204
Austin, TX 78752
nfennell@fairdefense.org
chsu@fairdefense.org
512-637-5220

_____/s/_____

Akeeb Dami Animashaun
355 S. Grand Ave, Suite 2450
Los Angeles, CA 90071
dami@animashaun.me
929-266-3971

*Counsel for Plaintiffs & Proposed Class*