IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LADARION HUGHES, ANGELA ALONZO, and DEMARCUS LIVELY, | § § § § | |
| *Plaintiffs*, | § | Civil Action No. 6:23-cv-344 |
| v. | § § | |
| SMITH COUNTY, TEXAS, | § § | |
| *Defendant*. | § § | |

## [PROPOSED] ORDER

COME ON this day for consideration the Parties' Joint Motion for Referral to a Magistrate Judge Mediator. The Court, after considering the pleadings, the arguments of counsel, and the applicable law, is of the opinion that such Motion is well-taken and should be granted. It is therefore ORDERED that the Honorable K. Nicole Mitchell is hereby appointed to serve as mediator in this case.