# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| LADARION HUGHES, et al., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> SMITH COUNTY, TEXAS, § <br> § <br> Defendant. § | Case No. 6:23-cv-344-JDK |

## ORDER APPOINTING MEDIATOR

**IT IS ORDERED** that United States Magistrate Judge K. Nicole Mitchell is hereby appointed as mediator in this case. Mediation shall be completed by the date set forth in the Scheduling Order and in accordance with the Local Rules of the Eastern District of Texas.

So **ORDERED** and **SIGNED** this **15th** day of **November, 2023.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE