# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| LADARION HUGHES, ANGELA ALONZO, and DEMARCUS LIVELY, | § § § § |
| *Plaintiffs*, | § |
| | § Civil Action No. 6:23-cv-344 |
| v. | § § |
| SMITH COUNTY, TEXAS, | § § |
| *Defendant*. | § § |

## DEFENDANT SMITH COUNTY'S NOTICE OF INITIAL DISCLOSURES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Smith County, Texas, Defendant in the above-styled and -referenced cause, and file this it's Notice of Initial Disclosures, and would respectfully show unto the Court as follows:

On this date Defendant Smith County, Texas provided all counsel of record with its Initial Disclosures in compliance with the Federal Rules of Civil Procedure.

Respectfully submitted,

*/s/ David Iglesias*
**David Iglesias**
Lead Counsel
State Bar No. 24051733
david@iglesiaslawfirm.com

*/s/ James A. Evans III*
**James A. Evans III**
State Bar No. 24053191
jim@iglesiaslawfirm.com

**IGLESIAS LAW FIRM, PLLC**
605 Chase Drive, Suite 8

Tyler, Texas 75701
Telephone: (903) 944-7185
Facsimile: (903) 630-5338

*Dallas Office:*
1412 Main Street, Suite 608
Dallas, Texas 75202
Telephone: (972) 863-9445

**COUNSEL FOR DEFENDANT
SMITH COUNTY, TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2023, a copy of the foregoing was transmitted to all counsel of record in the above-referenced and -numbered action via the Court's electronic filing system and electronic mail.

*David Iglesias*
David Iglesias