IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LADARION HUGHES, ANGELA ALONZO, and DEMARCUS LIVELY, | § § § § | |
| *Plaintiffs*, | § | Civil Action No. 6:23-cv-344 |
| v. | § § | |
| SMITH COUNTY, TEXAS, | § § | |
| *Defendant*. | § § | |

## DEFENDANT SMITH COUNTY'S NOTICE OF FIRST SUPPLEMENTAL DISCLOSURES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Smith County, Texas, Defendant in the above-styled and -referenced cause, and files this its Notice of First Supplemental Disclosures, and would respectfully show unto the Court as follows:

On this date Defendant Smith County, Texas, provided all counsel of record with its First Supplemental Disclosures in compliance with the Federal Rules of Civil Procedure and this Court's Order.

Respectfully submitted,

**David Iglesias**
Lead Counsel
State Bar No. 24051733
david@iglesiaslawfirm.com

**James A. Evans III**
State Bar No. 24053191
jim@iglesiaslawfirm.com

**IGLESIAS LAW FIRM, PLLC**
605 Chase Drive, Suite 8
Tyler, Texas 75701
Telephone: (903) 944-7185
Facsimile: (903) 630-5338

*Dallas Office:*
1412 Main Street, Suite 608
Dallas, Texas 75202
Telephone: (972) 863-9445

**COUNSEL FOR DEFENDANT
SMITH COUNTY, TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2024, a copy of the foregoing was transmitted to all counsel of record in the above-referenced and -numbered action via the Court's electronic filing system and electronic mail.

*/s/ David Iglesias*
David Iglesias