IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **LADARION HUGHES, ANGELA ALONZO, and DEMARCUS LIVELY,** § § § § *Plaintiffs*, § § **v.** § § **SMITH COUNTY, TEXAS,** § § *Defendant*. § § | Civil Action No. 6:23-cv-344 |

### NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Smith County, Defendant in the above-styled and -referenced cause, and hereby designates James A. Evans III, of Iglesias Law Firm, PLLC, 605 Chase Drive, Suite 8, Tyler, Texas, 75701, as additional counsel of record on its behalf. The above-named Defendant respectfully requests that Mr. Evans receives all notices, correspondence, and pleadings from the Court and all counsel of record.

Respectfully submitted,

**James A. Evans III**
State Bar No. 24053191
jim@iglesiaslawfirm.com

**David Iglesias**
Lead Counsel
State Bar No. 24051733
david@iglesiaslawfirm.com

**Iglesias Law Firm, PLLC**
605 Chase Drive, Suite 8
Tyler, Texas 75701
Telephone: (903) 944-7185

Facsimile: (903) 630-5338

*Dallas Office:*
1412 Main Street, Suite 608
Dallas, Texas 75202

**COUNSEL FOR DEFENDANT
SMITH COUNTY, TEXAS**

### CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2024, a copy of the foregoing was transmitted to all counsel of record in the above-referenced and -numbered action via the Court's electronic filing system and electronic mail.

*/s/ James A. Evans III*
James A. Evans III