**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **LADARION HUGHES, ANGELA ALONZO, and DEMARCUS LIVELY,** | § § § | |
| *Plaintiffs*, | § § | **Civil Action No. 6:23-cv-344** |
| **v.** | § § | |
| **SMITH COUNTY, TEXAS,** | § § § | |
| *Defendant.* | § | |

**PROPOSED ORDER**

COME ON this day for consideration the Parties' Joint Motion to Extend Discovery Deadlines.  The Court, after considering the pleadings, the arguments of counsel, and the applicable law, is of the opinion that such Motion is well-taken and should be granted.  It is therefore ORDERED that the final written discovery and document production deadline is now September 20, 2024, and the final oral discovery deadline is now November 20, 2024.