IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **LADARION HUGHES, ANGELA ALONZO, and DEMARCUS LIVELY,** | § § § § | |
| *Plaintiffs,* | § § | Civil Action No. 6:23-cv-344 |
| v. | § § | |
| **SMITH COUNTY, TEXAS,** | § § § | |
| *Defendant.* | § | |

## ORDER

CAME ON this day for consideration Defendant's Motion to Withdraw Counsel. The Court, after considering the pleadings, arguments of counsel, and the applicable law, is of the opinion that such Motion should be granted. It is therefore ORDERED that the above-referenced Motion is hereby in all things GRANTED. James A. Evans, III of Iglesias Law Firm, PLLC, is no longer counsel of record for Defendant. David Iglesias will remain as Lead Counsel for Defendant in this matter.

So **ORDERED** and **SIGNED** this **25th** day of **June, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE