## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **LADARION HUGHES,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | Case No. 6:23-cv-344-JDK |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **SMITH COUNTY, TEXAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### PLAINTIFFS' NOTICE OF SECOND SUPPLEMENTAL 26(a)(1) DISCLOSURES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Plaintiffs, by their undersigned counsel, and files its Notice of Second Supplemental 26(a)(1) Disclosures, and would respectfully show unto the Court as follows:

On July 31, 2024, Plaintiffs provided all counsel of record with their Second Supplemental 26(a)(1) Disclosures in compliance with the Federal Rules of Civil Procedure and this Court's Order.

Respectfully submitted,

/s/ Meg Gould
*Counsel for Plaintiffs*

Steve Weil
Meg Gould
LOEVY & LOEVY
311 N. Aberdeen
Chicago, Illinois 60607
(312) 243-5900
gould@loevy.com

Texas Fair Defense Project
Nathan Fennell
Camilla Hsu
314 E. Highland Mall Blvd #204
Austin, TX 78752
nfennell@fairdefense.org
chsu@fairdefense.org
512-637-5220

Akeeb Dami Animashaun
355 S. Grand Ave, Suite 2450
Los Angeles, CA 90071
animashaun@pm.me
929-266-3971

## CERTIFICATE OF SERVICE

I, Meg Gould, an attorney, hereby certify that on August 1, 2024, I caused the foregoing

Notice to be filed using the Court's CM/ECF system, which effected service on all counsel of

record.

/s/ Meg Gould

*One of Plaintiffs' Attorneys*