IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LADARION HUGHES, ANGELA ALONZO, and DEMARCUS LIVELY, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 6:23-cv-344 |
| v. | § § | |
| SMITH COUNTY, TEXAS, | § § | |
| Defendant. | § § | |

**DEFENDANT SMITH COUNTY'S NOTICE
OF SEVENTH SUPPLEMENTAL DISCLOSURES**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Smith County, Texas, Defendant in the above-styled and -referenced cause, and files this its Notice of Seventh Supplemental Disclosures, and would respectfully show unto the Court as follows:

On this date Defendant Smith County, Texas, provided all counsel of record with its Seventh Supplemental Disclosures in compliance with the Federal Rules of Civil Procedure and this Court's Order.

Respectfully submitted,

*/s/ David Iglesias*
**David Iglesias**
Lead Counsel
State Bar No. 24051733
david@iglesiaslawfirm.com

**IGLESIAS LAW FIRM, PLLC**
605 Chase Drive, Suite 8
Tyler, Texas 75701
Telephone: (903) 944-7185

Facsimile: (903) 630-5338

*Dallas Office:*
1412 Main Street, Suite 608
Dallas, Texas 75202
Telephone: (972) 863-9445

**COUNSEL FOR DEFENDANT
SMITH COUNTY, TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2024, a copy of the foregoing was transmitted to all counsel of record in the above-referenced and -numbered action via the Court's electronic filing system and electronic mail.

David Iglesias