IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF TEXAS TYLER DIVISION

| | |
|---|---|
| LADARION HUGHES, ANGELA ALONZO, and DEMARCUS LIVELY,<br><br>    Plaintiffs<br><br>  v.<br><br>SMITH COUNTY, TEXAS,<br><br>    Defendant | Case No. 6:23-cv-344 |

**JOINT MOTION TO AMEND THE SCHEDULING ORDER**

NOW COME Plaintiffs, Ladarion Hughes, Angela Alonzo, and Demarcus Lively, and Defendant Smith County, Texas, through their respective attorneys, who jointly move this Court to grant the Parties' Joint Motion to Amend the Scheduling Order. In support, the Parties state:

    1.    On October 30, 2023, the Court entered its Initial Scheduling Order. Dkt. 12.

    2.    On August 2, 2024, the Court entered a modified scheduling order extending the Parties' written and oral discovery deadlines. Dkt. 29. The Order modified the following dates:

- Written fact discovery deadline changed to September 20, 2024
- Oral discovery deadline changed to November 20, 2024.

*Id.*

    3.    The Parties have been working diligently to meet the close of discovery deadline. To that end, the Parties have engaged in lengthy Rule 37.2 conferrals about production in this case, and have exchanged multiple rounds of written discovery. Collecting documents and conducting discovery have taken longer than anticipated.

    4.    The Parties' mediation date has also been rescheduled multiple times. Mediation

is currently scheduled to take place on October 1, 2024, before Magistrate Judge Mitchell.

5.  Given the Parties' current status of discovery, the Parties have also recognized that the deadlines included in the Court's original Scheduling Order, Dkt. 12, and in the Court's modified Scheduling Order, Dkt. 29, require modification. Accordingly, good cause exists to support the Parties' Joint Motion.

6.  With good cause shown, the Parties therefore request entry of the following amended Scheduling Order (the earliest date indicated at the bottom of the table):

| | |
|---|---|
| June 20, 2025 | Dispositive Motions due from all parties. |
| March 20, 2025 | Plaintiffs' class certification motion due. |
| April 20, 2025 | Defendant's Response to Plaintiffs' class certification motion due. |
| February 20, 2025 | Expert Discovery Deadline |
| February 20, 2025 | Oral Discovery Deadline<br>All oral fact discovery shall be completed by this date. |
| November 20, 2024 | Written Fact Discovery Deadline<br>All written fact discovery shall be completed by this date. |
| 30 days after any Rule 26(a)(2) disclosure | Parties may provide further expert disclosure of expert testimony or evidence intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B) within 30 days of the disclosure contradicted or rebutted. |
| January 20, 2025 | Party without the burden of proof on an issue shall file a written designation of the name and address of each expert witness, if any, who will testify at trial for that party and shall |

|  | otherwise comply with Federal Rule of Civil Procedure 26(a)(2) and Local Rule CV-26(b). |
|---|---|
| December 20, 2024 | Party with the burden of proof on an issue shall file a written designation of the name and address of each expert witness, if any, who will testify at trial for that party and shall otherwise comply with Federal Rule of Civil Procedure 26(a)(2) and Local Rule CV-26(b). |
| October 20, 2024 | Deadline for Motions for Leave to Join Parties or Amend Pleadings. |

7. These modifications are necessary for the Parties to adequately prosecute and defend against the claims in this case.

WHEREFORE, the Parties respectfully request that the Court enter the above-proposed modifications to the Scheduling Order.

Respectfully submitted,

/s/Meg Gould
Meg Gould
LOEVY & LOEVY
311 N. Aberdeen
Chicago, Illinois 60607
(312) 243-5900
gould@loevy.com

Nathan Fennell
nfennell@fairdefense.org
Camilla Hsu
chsu@fairdefense.org
Texas Fair Defense Project
314 E. Highland Mall Blvd #204
Austin, TX 78752
Telephone: (512) 637-5220

Akeeb Dami Animashaun
animashaun@pm.me
355 S. Grand Ave,
Suite 2450 Los

Angeles, CA 90071
Telephone: (929) 266-3971

Counsel for Plaintiffs, Ladarion Hughes, Angela Alonzo, and Demarcus Lively


/s/ David Iglesias

David Iglesias
IGLESIAS LAW FIRM, PLLC
605 Chase Drive, Suite 8
Tyler, Texas 75701
Telephone: (903) 944-7185
Facsimile: (903) 630-5338

*Dallas Office:*
1412 Main Street, Suite 608
Dallas, Texas 75202

Counsel for Defendant
Smith County, Texas

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 11, 2024, the undersigned attorney contacted Defendant's counsel regarding its position on this Motion. After discussing its merits, the Parties have agreed to file this Motion jointly.

## CERTIFICATE OF SERVICE

I, Meg Gould, an attorney, hereby certify that on September 11, 2024, I caused the foregoing Joint Motion to Amend the Scheduling Order to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Meg Gould

*One of Plaintiffs' Attorneys*