IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF TEXAS TYLER DIVISION

| | |
|---|---|
| LADARION HUGHES, ANGELA ALONZO, and DEMARCUS LIVELY,<br><br>Plaintiffs<br><br>v.<br><br>SMITH COUNTY, TEXAS,<br><br>Defendant | Case No. 6:23-cv-344 |

**PROPOSED ORDER**

COME ON this day for consideration the Parties' Joint Motion to Amend the Scheduling Order. The Court, after considering the pleadings and the applicable law, is of the opinion that such Motion is well-taken and should be granted.

It is therefore ORDERED that the modified Scheduling Order will read as followed:

| | |
|---|---|
| June 20, 2025 | Dispositive Motions due from all parties. |
| March 20, 2025 | Plaintiffs' class certification motion due. |
| April 20, 2025 | Defendant's Response to Plaintiffs' class certification motion due. |
| February 20, 2025 | Expert Discovery Deadline |
| February 20, 2025 | Oral Discovery Deadline<br>All oral fact discovery shall be completed by this date. |
| November 20, 2024 | Written Fact Discovery Deadline<br>All written fact discovery shall be completed by this date. |
| 30 days after any Rule 26(a)(2) disclosure | Parties may provide further expert disclosure of expert testimony or evidence intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B) within 30 days of the disclosure contradicted or rebutted. |
| January 20, 2025 | Party without the burden of proof on an issue shall file a written designation of the name and address of each expert witness, if any, who will testify at trial for that party and shall otherwise comply with Federal Rule of Civil Procedure 26(a)(2) and Local Rule CV-26(b). |
| December 20, 2024 | Party with the burden of proof on an issue shall file a written |

|  | designation of the name and address of each expert witness, if any, who will testify at trial for that party and shall otherwise comply with Federal Rule of Civil Procedure 26(a)(2) and Local Rule CV-26(b). |
|---|---|
| October 20, 2024 | Deadline for Motions for Leave to Join Parties or Amend Pleadings. |

_____