# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS TYLER DIVISION

| | |
|---|---|
| LADARION HUGHES, ANGELA ALONZO, and DEMARCUS LIVELY,<br><br>   Plaintiffs<br><br> v.<br><br>SMITH COUNTY, TEXAS,<br><br>   Defendant | Case No. 6:23-cv-344 |

## CERTIFICATE OF CONFERENCE

I hereby certify that on October 4, 2024, the undersigned attorney has complied with the meet and confer requirement in Local Rule CV-7(h) regarding Plaintiffs' Motion to Withdraw attorney Stephen H. Weil (Dkt. 41). Counsel for Defendants do not oppose Plaintiffs' motion.

            Respectfully Submitted,

            /s/ Margaret Gould

            Jon Loevy
            Margaret Gould
            Loevy & Loevy
            311 N. Aberdeen, 3rd Floor
            Chicago, Illinois 60607
            gould@loevy.com

**CERTIFICATE OF SERVICE**

      I, Margaret Gould, an attorney, hereby certify that on October 4, 2024 I filed the foregoing Certificate using the Court's CM/ECF system, which effectuated service on all counsel of record.

                              /s/ Margaret Gould
                              *One of Plaintiffs' Attorneys*