IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LADARION HUGHES, ANGELA ALONZO, and DEMARCUS LIVELY, § § § § | |
| *Plaintiffs*, § | |
| § | Civil Action No. 6:23-cv-344 |
| v. § | |
| § | |
| SMITH COUNTY, TEXAS, § § | |
| *Defendant*. § | |

### THE PARTIES SECOND NOTICE OF PROGRESS TOWARD SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME now the Parties to the above-styled and -referenced cause and file this their Second Notice of Progress Toward Settlement[1], would respectfully show unto the Court as follows:

In their Pleading [#55] filed in February 3, 2025, the Parties notified the Court that they would update the Court of the progress of their settlement negotiations within seven days. Progress has been made, and final approval of the negotiated settlement agreement is being obtained. The Parties will updated the Court within seven days – if not sooner – of its anticipated agreement.

WHEREFORE, the Parties respectfully request that the Court grant their Motion and stay discovery deadlines until the Parties notify the Court of the outcome of the negotiations.

Respectfully submitted,

*/s/ David Iglesias*
**David Iglesias**
Lead Counsel
State Bar No. 24051733
david@iglesiaslawfirm.com

---

[1] Pursuant to Federal Rule of Civil Procedure 10(c), the Parties adopt by reference their previous Notice and Motion [#55] as if quoted verbatim herein.

**IGLESIAS, PLLC**
501 Shelley Drive, Suite 125
Tyler, Texas 75701
Telephone: (903) 944-7185
Facsimile: (903) 630-5338

*Dallas Office:*
1412 Main Street, Suite 608
Dallas, Texas 75202
Telephone: (972) 863-9445

**COUNSEL FOR DEFENDANT SMITH COUNTY, TEXAS**


/s/Meg Gould
**Steve Weil**
**Meg Gould**
**LOEVY & LOEVY**
311 N. Aberdeen
Chicago, Illinois 60607
Telephone: (312) 243-5900
gould@loevy.com

**Nathan Fennell**
nfennell@smu.edu
**Camilla Hsu**
camillah@smu.edu

Deason Criminal Justice Reform Center
SMU Dedman School of Law
P.O. Box 750116
Dallas, Texas 75275
Telephone: (214) 768-6973

**Akeeb Dami Animashaun**
animashaun@pm.me
355 S. Grand Ave, Suite 2450
Los Angeles, CA 90071
Telephone: (929) 266-3971

**COUNSEL FOR PLAINTIFFS, LANDARION HUGHES,**

ANGELA ALONZO, AND
DEMARCUS LIVELY

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2025, a copy of the foregoing was transmitted to all counsel of record in the above-referenced and -numbered action via the Court's electronic filing system and electronic mail.

David Iglesias

## CERTIFICATE OF CONFERENCE

I hereby certify that on February 10, 2025, the undersigned conferred with opposing counsel regarding his position on this Motion as required by Local Rule CV-7(h). The Parties have agreed to file this motion jointly.

David Iglesias