IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LADARION HUGHES, et al.<br><br>Plaintiff<br><br>v.<br><br>SMITH COUNTY, TEXAS<br><br>Defendant | Case No. 6:23-cv-344-JDK<br><br>Judge Jeremy D. Kernodle |

**JOINT MOTION TO FURTHER STAY PROCCEDINGS AND FOR A CLASS ACTION SETTLEMENT APPROVAL SCHEDULE**

Plaintiffs, Ladarion Hughes, Angela Alonzo, and Demarcus Lively, on behalf of themselves and all others similarly situated, and Defendant, Smith County, Texas, file this Joint Motion to Further Stay Proceedings and For a Class-Action Settlement Approval Schedule.

In February, the parties notified this Court that they were in the process of settling this case, and requested a stay of proceedings in order for Defendant to obtain approval of the Settlement. (ECF Nos. 55, 56.) This Court stayed the case and ordered the parties to submit dismissal papers or a notice explaining why they could not submit dismissal papers by April 11. (ECF No. 57.) On April 4, after further mediation with Magistrate Judge Nicole Mitchell, the parties reached a global class-wide settlement of this case, subject to this Court's approval. The parties must now finalize the class action settlement agreement, identify settlement class members, and draft a motion for preliminary approval of the class-action settlement.

Therefore, in order to facilitate final settlement of this case, the parties respectfully request that this Court continue to stay proceedings in this case, except for proceedings necessary

1

to effectuate the settlement. The Parties also respectfully propose the following tentative schedule for settlement approval:

| Event | Deadline |
| --- | --- |
| Parties shall jointly file Motion for Preliminary Approval of Class-Action Settlement | On or before May 30, 2025 |

DATE: April 10, 2025

/s/ David Iglesias
David Iglesias
IGLESIAS LAW FIRM, PLLC
605 Chase Drive, Suite 8
Tyler, Texas 75701
Telephone: (903) 944-7185
Facsimile: (903) 630-5338

Dallas Office:
1412 Main Street, Suite 608
Dallas, Texas 75202

Counsel for Defendant Smith County, Texas

Respectfully Submitted,

Nathan Fennell nfennell@smu.edu
Camilla Hsu
camillah@smu.edu
Deason Criminal Justice Reform Center
SMU Dedman School of Law
P.O. Box 750116
Dallas, TX 75275
Telephone: (214) 768-6973

Meg Gould
LOEVY & LOEVY
311 N. Aberdeen
Chicago, Illinois 60607
(312) 243-5900
gould@loevy.com

/s/ Akeeb Dami Animashaun
Akeeb Dami Animashaun
355 S. Grand Ave, Suite 2450
Los Angeles, CA 90071
dami@animashaun.me
929-266-3971

*Counsel for Plaintiffs & Proposed Class*

## CERTIFICATE OF SERVICE

  I, Megan Gould, an attorney, hereby certify that on April 10, 2025, I filed the foregoing Joint Motion to further stay proceedings and for a class action settlement approval schedule via this Court's ECF, which effected service on all counsel of record.

<u>/s/ Megan Gould</u>

*One of Plaintiff's Attorneys*
