# DECLARATION OF MEG GOULD IN SUPPORT OF PLAINITFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

1. I am admitted to practice before the courts of the State of New York, as well as the Northern District of Illinois, the Central District of Illinois, the Northern District of Indiana, the Western District of Tennessee, the Sixth Circuit Court of Appeals, and the Ninth Circuit Court of Appeals. I am one of the attorneys representing Plaintiffs in this action. I make this statement based on personal knowledge and, if called as a witness, could and would testify competently thereto.

2. I am a 2021 graduate of Columbia Law School. While at Columbia, I received multiple academic honors, including recognition as a James Kent Scholar (for outstanding academic achievement) and Harlan Fisk Stone Scholar (for superior academic achievement), and as the recipient of the Jane Marks Murphy Prize for Exceptional Interest and Proficiency in Clinical Advocacy. I also served as Executive Articles Editor for the *Jailhouse Lawyers Manual* and Staff Editor on the *Human Rights Law Review*.

3. Following law school, I clerked for the Honorable Sheryl H. Lipman of the United States District Court for the Western District of Tennessee and the Honorable Julia S. Gibbons of the Sixth Circuit Court of Appeals. In both roles, I worked on civil rights matters analyzing constitutional and statutory legal claims, including in the class action context.

4. I joined the law firm Loevy & Loevy in 2023, following my clerkships. At Loevy, I litigate and have litigated civil rights cases involving unconstitutional policies and practices in municipal criminal legal systems, including matters involving wrongful convictions and class action matters involving overdetention. For instance, I serve as counsel on *Humphrey v. LeBlanc*, 3:20-cv-233 (M.D. La.) and *Giroir v. LeBlanc*, 3:21-cv-108 (M.D. La.)—two consolidated class

actions seeking damages and injunctive relief, respectively, for unconstitutional issues of overincarceration in Louisiana.

5. My work has involved all aspects of litigation, including drafting complaints; conducting discovery; defending and taking fact, expert, and 30(b)(6) witness depositions; working with experts; litigating motions in court; briefing summary judgment; preparing, filing, and arguing pre-trial motions; serving on trial teams across the country; and drafting and arguing appeals.

6. I joined this lawsuit after the complaint had been filed. Along with my co-counsel, between October 2023 and December 2024, I completed written discovery, which involved requesting and reviewing thousands of pages of ESI and physical documents related to the challenged policies, and analyzing voluminous court and jail data regarding the timing of thousands of releases that occurred during the class period. Plaintiff's counsel also prepared for oral discovery, engaged in an extensive, arm's-length mediation process with opposing counsel before the Honorable Magistrate Judge K. Nicole Mitchell, and devoted substantial time to identifying Settlement Class Members.

7. I am seeking an hourly rate of $581 for the work performed in this case. This rate is commensurate with the billing rates of other litigators with a similar level of experience. *See, e.g., Blackmon v. Zachary Holdings, Inc.,* No. SA-20-CV-00988-JKP, 2022 WL 2866411, at *4 (W.D. Tex. July 21, 2022) (in 2022, finding blended hourly rate of $581 reasonable in class action, including associate hourly rates of $575 and $550); *Tech Pharmacy Servs., LLC v. Alixa Rx LLC*, 298 F. Supp. 3d 892, 906 (E.D. Tex. 2017) (finding hourly rates of $631 and $450 reasonable for

associates). My rate is also consistent with the billable rate that the Laffey Matrix[1] accords to people who graduated from law school in spring of 2021, over four years ago. *See McCray-Banister v. Kijakazi*, No. SA-19-CV-00782-XR, 2023 WL 3687367, at *2 (W.D. Tex. May 26, 2023) (finding reasonable hourly rate that is "consistent with the Department of Justice's Laffey Matrix").

8. I have spent over 180 hours working on this lawsuit, which includes conducting extensive legal and factual research, requesting, reviewing, and conducting discovery conferences regarding the thousands of documents that have been produced in discovery, preparing for oral discovery, and engaging in extensive mediation.

9. Plaintiffs' Counsel has also made a substantial monetary investment in this case, including travel expenses to interview clients and attend mediation.

***Other Loevy Counsel***

10. Jon Loevy, also seeking to be named Class Counsel from the law firm Loevy & Loevy, founded the firm—now one of the largest firms devoted to civil rights in the country. Loevy & Loevy fights on behalf of its clients in the vital and complex areas of civil rights and whistleblower protection, among others, including class actions. During the three decades since the firm's founding, the firm has built a reputation for its excellent work product and trial results, providing clients who might otherwise go unrepresented with the same quality legal work as the wealthiest corporations could buy from the nation's largest firms.

11. Loevy, a 1993 graduate from Columbia Law School, clerked for the Honorable Milton I. Shadur of the Northern District of Illinois in 1994, worked as an associate in the litigation

---

[1] The Laffey Matrix is a fee schedule used by many United States courts for determining the reasonable hourly rates for attorneys' fee awards under federal fee-shifting statutes. The Matrix can be found at http://www.laffeymatrix.com/see.html.

department at Sidley & Austin in Chicago for almost two years, and then formed Loevy & Loevy. He is also a Lecturer in Law at the University of Chicago Law School.

12. Loevy is one of the most successful trial lawyers in the United States. He has won more than $750 million in jury verdicts, including 27 total jury verdicts of at least a million dollars or more, and has won jury verdicts of $20 million or more at twelve (12) separate trials. His most recent verdict is $120 million in federal court in March 2025. He has also served as counsel in multiple class actions. For instance, he was lead counsel in *Rogers v. BNSF Railroad*, 19 C 3083 (N.D.Ill.), a (rare) class action case that went to trial in 2022, resulting in a jury verdict of $228 million, the largest ever Biometric privacy verdict.

13. Forbes Magazine recently named Loevy to its "America's Top 200 Lawyers" list for 2024. See https://www.forbes.com/lists/top-lawyers. Last month, Loevy was also named the winner of the local chapter of the American Constitutional Society's (ACS) 2025 Abner J. Mikva Legal Legend Award. Loevy also won the "Career Achievement Award" from the Chicago Law Bulletin's Jury Verdict Reporter. At the time, only seven lawyers in the history of Illinois had ever qualified by winning five or more jury awards of $5 million or more in Cook County (Chicago). Loevy has not just five, but rather eighteen qualifying awards of $5 million or more.

14. Jon Loevy seeks an hourly rate of $1,500 per hour for work performed on the case. This hourly rate is commensurate with, if not substantially lower than, the billing rates of other litigators in the top tier of trial lawyers in this country.

15. Stephen H. Weil earned his law degree from the University of Pennsylvania Law School in 2006. He is admitted to practice in the State of Illinois, before the U.S. Court of Appeals for the Sixth and Seventh Circuits, and in the U.S. District Courts for the Northern, Central, and

Southern Districts of Illinois, Western District of Wisconsin, Western District of Michigan, District of Columbia, and Northern District of Indiana.

16. After graduating from law school, Weil served as a law clerk to the Honorable Robert E. Payne of the U.S. District Court for the Eastern District of Virginia.

17. Mr. Weil has practiced complex civil litigation with two nationally regarded defense firms, O'Melveny & Myers LLP in Washington D.C and Eimer Stahl LLP in Chicago. Mr. Weil also has a depth of experience in civil rights class action litigation, based on service as a litigation fellow with the MacArthur Justice Center at Northwestern University Law School, and as a litigator with Loevy & Loevy, a national civil rights firm. While practicing with these organizations Mr. Weil represented a class of detainees at the Cook County Jail suing over the conditions of their confinement in *Hudson v. Preckwinkle*, No. 13-cv-8752 (N.D. Ill.); a class of detainees at Cook County Jail over COVID-19 protections during the pandemic in *Mays. v. Dart*, No. 20-cv-1792 (N.D. Ill.); and a class of juvenile detainees challenging their placement on lockdown in order to facilitate the filming of scenes for a commercial television show in *T.S. v. Twentieth Century Fox*, No. 16-cv-8303 (N.D. Ill.), where the district court appointed Mr. Weil as class counsel.

18. Weil was an attorney at Loevy & Loevy during his engagement in the instant matter. While at Loevy, he handled all aspects of case investigations, discovery, depositions, briefing, trial, and overall management of the firm's portfolio of prisoner rights cases, including several class actions.

19. When serving as Plaintiffs' Counsel, Weil conducted extensive legal and factual research, and requested, reviewed, and conducted discovery conferences regarding the thousands

of documents that have been produced in discovery. Weil is seeking an hourly rate of $948 for the work performed in this case, which is commensurate with his experience.

20. Weil currently serves as a Senior Attorney at Romanucci & Blandin, where he focuses his legal practice on cases involving civil rights, police misconduct, wrongful convictions and prisoners' rights, including class actions.

Pursuant to 28 U.S.C. § 1746, I, Meg Gould, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on August 4, 2025.

/s/ Meg Gould  
Meg Gould