# DECLARATION OF NATHAN FENNELL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLMENT

1. I am admitted to practice before the courts of the State of Texas, as well as the Eastern, Southern, and Western District Courts of Texas and the Fifth Circuit Court of Appeals. I am one of the attorneys representing Plaintiffs in this action. I make this statement based on personal knowledge and, if called as a witness, could and would testify competently thereto.

2. I am a 2019 graduate of Stanford Law School. Before joining the Deason Criminal Justice Reform Center, I worked as an attorney at the Texas Fair Defense Project, first as an Equal Justice Works Fellow and then as a Strategic Litigation Attorney. At both organizations, I litigate and have litigated civil rights cases challenging unconstitutional policies and practices in municipal criminal legal systems, including providing litigation support for class-action matters.

3. I started working on this case when I was employed at the non-profit Texas Fair Defense Project, and continued working on this case when I transitioned to work at the Deason Center. The rate I am using for this matter is a legacy rate from my time working at TFDP, which is a significant discount from my current rate.

4. I first started working on overdetention issues in 2011, when I pioneered the Orleans Public Defenders' sentence calculation and overdetention-response systems and services. To the best of my knowledge, that was the first and only system of its kind in the state.

5. I have advised civil and criminal attorneys across Texas and in Louisiana on over-detention issues and litigation. I have investigated, identified, designed, and supported both litigation and non-litigation responses to over-detention issues in Louisiana and Texas in various capacities since 2011.

6. Before filing this case, I, along with my co-counsel, spent months investigating and uncovering the unconstitutional policies and practices challenged in this case. Plaintiffs' Counsel

spent months conducting interviews with putative class members and community stakeholders and requesting and reviewing records in an attempt to understand the challenged policies and practices. Plaintiffs' Counsel also conducted legal research on the possible constitutional, statutory, and common law claims, as well as defenses to those claims. Counsel also conducted an extensive review of class-action cases in this Circuit and other jurisdictions presenting similar issues.

7. I have spent over 270 hours working on this lawsuit, including extensive legal and factual research, requesting and reviewing much of the discovery that have been produced, and engaging in extensive mediation.

8. Plaintiffs' Counsel has also made a substantial monetary investment in this case, including travel expenses to interview clients and attend mediation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on August 1, 2025, at New Orleans, LA.

                                                                                 /s/ Nathan Fennell
                                                                                 Nathan Fennell