# DECLARATION OF CAMILLA HSU IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLMENT

1. I am admitted to practice before the courts of the State of Texas, the State of New York, and the District of Columbia, as well as the Eastern, Northern, and Western District Courts of Texas, the Southern District of New York, and the Fifth and Second Circuit Courts of Appeals. I am one of the attorneys representing Plaintiffs in this action. I make this statement based on personal knowledge and, if called as a witness, could and would testify competently thereto.

2. I am a 2011 graduate of Harvard Law School. Before joining the Deason Criminal Justice Reform Center, I worked in a number of capacities in the criminal legal system. As a Prettyman Teaching Fellow at the Georgetown University Law Center's Criminal Defense and Prisoner Advocacy Clinic, I represented clients charged with misdemeanors and felonies, advocated for long-detained prisoners, and taught law students. I subsequently worked as a public defender at the trial and appellate levels. My work on the specific issues in this case dates back to my later years at the appellate office. There I litigated civil rights and statutory challenges to the continued detention of clients who had completed their carceral sentences.

3. Since my work as a public defender, I have worked as a litigator at the non-profit organization, Texas Fair Defense Project ("TFDP"), and the Deason Criminal Justice Reform Center at the SMU Dedman School of Law. In both places, I have worked on civil rights cases on behalf of plaintiffs proceeding individually and as classes. These cases have challenged the constitutionality of practices in criminal legal systems, including misdemeanor and felony overdetention. I have also consulted with lawyers challenging overdetention around Texas.

4. I started working on this case when I was employed at TFDP and continued working on this case when I transitioned to work at the Deason Center. The rate I am using for this matter

1

is a legacy rate from my time working at TFDP, which is a significant discount from my current rate.

5. Before filing this case, I, along with my co-counsel, spent months investigating and uncovering the unconstitutional policies and practices challenged in this case. Plaintiffs' Counsel spent months conducting interviews with putative class members and community stakeholders and requesting and reviewing records in an attempt to understand the challenged policies and practices. Plaintiffs' Counsel also conducted legal research into the range of possible constitutional, statutory, and common law claims, as well as defenses to those claims. Counsel also conducted an extensive review of class-action cases in this Circuit and other jurisdictions presenting similar issues.

6. I have spent over 44 hours working on this lawsuit, including legal and factual research, requesting and reviewing much of the discovery that have been produced; and engaging in extensive mediation.

7. Plaintiffs' Counsel has also made a substantial monetary investment in this case, including travel expenses to interview clients and attend mediation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on August 4, 2025, at Austin, TX.

/s/ Camilla Hsu