IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LADARION HUGHES, ANGELA ALONZO, and DEMARCUS LIVELY, | § § § § |
| *Plaintiffs*, | § |
| v. | § § Civil Action No. 6:23-cv-344 |
| SMITH COUNTY, TEXAS, | § § § |
| *Defendant*. | § |

## DEFENDANT'S NOTICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES now Smith County, Texas, Defendant to the above-styled and -referenced cause and file this its Notice to the Court, and would respectfully show unto the Court as follows:

In order to conserve resources – and without admitting liability – Smith County has entered into the settlement agreement described in Plaintiffs' Notice [#64]. As such, Smith County does not object to the relief requested therein.

Respectfully submitted,

*/s/ David Iglesias*
**David Iglesias**
Lead Counsel
State Bar No. 24051733
david@iglesiaslawfirm.com

**IGLESIAS, PLLC**
501 Shelley Drive, Suite 125
Tyler, Texas 75701
Telephone: (903) 944-7185
Facsimile: (903) 630-5338

*Dallas Office:*
1412 Main Street, Suite 608
Dallas, Texas 75202
Telephone: (972) 863-9445

**COUNSEL FOR DEFENDANT
SMITH COUNTY, TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2025, a copy of the foregoing was transmitted to all counsel of record in the above-referenced and -numbered action via the Court's electronic filing system and electronic mail.

_____
David Iglesias