IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

LADARION HUGHES, et al.,                    §
                                            §
        Plaintiffs,                         §
                                            §
v.                                          §     Case No. 6:23-cv-344-JDK
                                            §
SMITH COUNTY, TEXAS,                        §
                                            §
        Defendant.                          §

**FINAL JUDGMENT**

On February 5, 2026, this Court granted Plaintiffs' motion for final approval of proposed class action settlement. Pursuant to Federal Rule of Civil Procedure 58, final judgment is hereby **ENTERED** in accordance with the terms of the settlement agreement, the order granting preliminary approval of class action settlement (Docket No. 66), and the order granting motion for final approval of class action settlement, as stated on the record following the final approval hearing on February 5, 2026.

This action is **DISMISSED** with prejudice. The Court retains continuing and exclusive jurisdiction over: (i) the parties for purposes of the administration, interpretation, implementation, and enforcement of the settlement; (ii) the distribution and allocation of the settlement fund; (iii) any request regarding residual funds; and (iv) the settlement class members for matters arising out of this action.

1

2

So **ORDERED** and **SIGNED** this **17th** day of **February, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

2